ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
CHRISTINA S. BHIRUD, ESQ.
Nevada Bar No. 11462
AKERMAN SENTERFITT LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: christina.bhirud@akerman.com

*Attorneys for Defendants Wells Fargo Bank, National Association and Federal Home Loan Mortgage Corporation*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Gregory Bainbridge, an individual and Sherryl Bainbridge, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>Wells Fargo Bank, National Association; Federal Home Loan Mortgage Corporation, a Government Sponsored Enterprise; MTC Financial, INC. dba Trustee Corps, Laura Harbison and John Harbison,<br><br>Defendants. | Case No.: 2:13-cv-00516-JCM-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiffs Gregory and Sherryl Bainbridge (**plaintiffs**), and defendants Wells Fargo Bank, National Association (**Wells Fargo**), Federal Home Loan Mortgage Corporation (**Freddie Mac**), Laura Harbison (**L. Harbison**), and John Harbison (**J. Harbison** and, together with Wells Fargo, Freddie Mac, and L. Harbison, **defendants**), hereby stipulate and agree that the above-entitled matter shall be dismissed with prejudice against all defendants.

/ / /

/ / /

/ / /

/ / /

/ / /

{26750182;1}                                                    1

The parties also stipulate and agree that each party shall bear its own attorney's fees and costs.

DATED this 17th day of July, 2013.

**AKERMAN SENTERFITT LLP**

 /s/ Christina S. Bhirud
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
CHRISTINA S. BHIRUD, ESQ.
Nevada Bar No. 11462
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Wells Fargo Bank, National Association and Federal Home Loan Mortgage Corporation*

DATED this 17th day of July, 2013.

**FARMER CASE HACK & FEDOR**

 /s/ Aileen E. Cohen
AILEEN E. COHEN, ESQ.
Nevada Bar No. 5263
3900 Meadows Lane, Suite 213
Las Vegas, NV 89107

*Attorneys for Laura Harbison and John Harbison*

DATED this 17th day of July, 2013.

**MCDONALD LAW GROUP**

/s/ Rena M. McDonald
RENA M. MCDONALD, ESQ.
Nevada Bar No. 8852
1013 Whitney Ranch Drive, Suite 140
Henderson, NV 89014

*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: July 31, 2013

{26750182;1}

2